**DEGNAN LAW GROUP**
David Degnan (AZ SBN 027422)
Mark W. Horne (AZ SBN 029449)
4105 N. 20th Street, Suite 220
Phoenix, Arizona 85016
(602) 266-0531
d.degnan@degnanlawaz.com
m.horne@degnanlawaz.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Moses, an individual; BUCHANON WORLDWIDE, LLC, an Arizona limited liability company; <br><br> Plaintiffs, <br> vs. <br><br> Alyssa Nicole Williams a/k/a/ Ginger Banks a/ka @Gingerbanks1, a/k/a @GINGERBANKS1, an individual; Dane Andrew Fernandez , an individual; John and Jane Does 2-10; Black and White Companies I-X, <br><br> Defendants. | No. 2:20-cv-01681-SMB <br><br> **SECOND AMENDED COMPLAINT** |

Plaintiffs MICHAEL MOSES and BUCHANON WORLDWIDE, LLC (collectively "Plaintiffs"), by and through undersigned counsel and for their Complaint against Defendant ALYSSA NICOLE WILLIAMS a/k/a GINGER BANKS a/k/a @GINGERBANKS1, hereby allege as follows:

## <u>JURISDICTION AND VENUE</u>

1.      Plaintiff MICHAEL MOSES ("Moses") is an individual who resides in

**DLG DEGNAN LAW GROUP**
4105 N. 20TH STREET, SUITE 220
PHOENIX, ARIZONA 85016

Arizona.

2.     Plaintiff BUCHANON WORLDWIDE, LLC ("Buchanon Worldwide") is an Arizona limited liability company doing business in Arizona.

3.     Plaintiffs Michael Moses ("Moses") and BUCHANON WORLDWIFE, LLC ("Buchanon Worldwide") are collectively referred to herein as ("Plaintiffs") or ("Moses").

4.     Moses works in the adult-entertainment industry and performs under the pseudonym "Hoby Buchanon."

5.     Moses both acts in and produces adult videos, and Buchanon Worldwide produces and distributes adult-videos, including those featuring Moses.

6.     Defendant Alyssa Nicole Williams ("Williams") is an individual that recently resided in Arizona, but who upon information and belief recently became a resident of California.

7.     Upon information and belief, Williams is also known as and does business as "Ginger Banks" and "@GINGERBANKS1" to hide her true identity due to her work as a pornographic star in the adult entertainment industry.

8.     Upon information and belief, "Ginger Banks" is a professional pseudonym and her true identify is Alyssa Nicole Williams.

9.     Upon information and belief, Defendant Dane Andrew Fernandez is the spouse of Defendant Alyssa Nicole Williams and all acts complained of herein were

2

done on behalf of their marital community. Williams and her marital community are greatly profiting from the publicity and on-line followers she receives from defaming Plaintiffs.

10.     Defendants John and Jane Does 2-10 and Black and White Companies I-X (collectively "Doe Defendants") are fictitious names used to identify Defendants whose identities are currently unknown. Upon information and belief, the Doe Defendants are residents of and/or incorporated in Arizona and/or California.

11.     Defendants' actions complained of below took place in Arizona and were directed at Plaintiffs in Arizona.

12.     Jurisdiction and Venue are proper in this Court.

13.     Pursuant to Ariz. R. Civ. P. Rule 26.2(c)(3), the Court should assign this case as Tier 3 based on Plaintiffs' damages.

**FACTUAL BACKGROUND**

14.     Moses has worked in the adult-entertainment industry for many years, under the pseudonym "Hoby Buchanon," and his videos are marketed to the "rough sex" segment of the adult-entertainment market.

15.     Williams works in the adult entertainment industry as an actress.

16.     Neither Moses nor Buchanon Worldwide have ever worked with Williams.

17.     Moses has never met Williams.

18.     Sometime in early-to-mid 2020, Moses sent Williams a text message offering her a role in one of his videos, and Williams rejected his offer.

19.     Moses thought the matter was done and did not communicate with Williams again.

20.     Thereafter, on June 8, 2020, Williams tweeted[1] at the account of one of Moses' business partners, "Team Skeet," and falsely claimed that Hoby Buchanon (Moses' professional pseudonym) is a "violent rapist."

21.     On June 11, 2020, Williams again tweeted about Moses, yet again referring to "Hoby Buchanon" as a rapist.

22.     On June 12, 2020, Williams tweeted in reference to one of Plaintiffs' adult entertainment videos: "There is no arguing that this is rape."  In this tweet Williams "tagged" Plaintiffs' business partner, "Team Skeet," stating: "@teamskeet you have known about this for a while now.  I'll be contacting you directly."

23.     Later, on this same date, Williams tweeted that Team Skeet had confirmed that "they removed all videos of Hoby Buchanon from their website."

24.     Upon information and belief, Williams contacted Team Skeet directly and convinced them to remove all of Plaintiffs' videos from their website based on the false allegation that Moses is a rapist.

---

[1] Williams' Twitter-account, "@gingerbanks1," is a public account with over 300,000 followers.

4

25. Upon information and belief, prior to Williams' tweets, Team Skeet had paid for and made available to their website's paid-subscribers twenty-eight (28) of Plaintiffs' videos.

26. Upon information and belief, following Williams' tweets, Team Skeet removed all of Plaintiffs' videos from their website.

27. Thereafter, sometime in or about mid-to-late June, 2020, upon information and belief Williams contacted Plaintiffs' business partner "PornHub," and petitioned for the removal of one of Plaintiffs' videos from PornHub's website.

28. PornHub removed Plaintiffs' video, which had previously been viewed over five-million (5,000,000) times.

29. Plaintiffs admit that their adult-entertainment-videos are marketed towards the "rough sex" segment of the market.  But the videos are not illegal, and are in fact protected by the first amendment; they depict actors acting.  The acting in the videos does not constitute rape or any other sex crime, Moses has never committed rape or any other sex crime, and further, the "rough sex" segment of the adult-entertainment industry is popular among ordinary adults.

30. Prior to Williams' tweets, Plaintiffs' videos had a large following.  Upon information and belief, Plaintiffs' videos have been viewed millions of times.

31. However, since Williams' tweets and the consequent removal of many of Plaintiffs' videos from Team Skeet and other adult-entertainment websites,

DEGNAN LAW GROUP
4105 N. 20TH STREET, SUITE 220
PHOENIX, ARIZONA 85016

Plaintiffs have lost viewers and, as a result, Plaintiffs have lost revenue.

32.    Williams has on multiple occasions falsely alleged, and she continues to falsely allege, that Plaintiffs' videos depict actual rape and she has specifically stated to the public regarding one of Plaintiffs' videos: "There is no arguing that this is rape."

33.    The aforementioned actions are part of an ongoing malicious campaign to harass Plaintiffs, ruin Plaintiffs' names and reputation in the adult-entertainment industry, and to gain notoriety and monetize Banks' Twitter account.

## COUNT ONE
### (Defamation)

34.    Plaintiffs hereby incorporate all preceding paragraphs as if fully set forth herein.

35.    Williams on multiple occasions published several false statements about Plaintiffs via her Twitter account, with full knowledge of their falsity and/or with reckless disregard of the truth.

36.    These false statements put Plaintiffs in disrepute and damaged Plaintiffs' reputation.

37.    As a result of Williams' defamatory statements, Plaintiffs have suffered damages in an amount to be proven at trial.

38.    In making such defamatory statements, Williams acted with malice and with evil hand and mind and Plaintiffs are entitled to punitive damages.

DEGNAN LAW GROUP
4105 N. 20ᵀᴴ STREET, SUITE 220
PHOENIX, ARIZONA 85016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO
### (Defamation *Per Se*)

39.     Plaintiffs hereby incorporate all preceding paragraphs as if fully set forth herein.

40.     Williams on multiple occasions published several false statements about Plaintiffs via her public Twitter-account, with full knowledge of their falsity and/or with reckless disregard of the truth.

41.     Williams' false accusations of "rape" are criminal in nature and on their face falsely tend to impeach Plaintiffs' honesty, integrity and reputation.

42.     As a result of Williams' defamatory statements, Plaintiffs have suffered damages.

43.     However, because Williams' false statements are defamatory *per se*, Plaintiffs' damages are presumed and Plaintiff need not prove them at trial.

44.     In making such defamatory statements, Williams acted with malice and with evil hand and mind and Plaintiffs are entitled to punitive damages.

## COUNT THREE
### (False Light/Invasion of Privacy)

45.     Plaintiffs hereby incorporate all preceding paragraphs as if fully set forth herein.

46.     Williams, with knowledge of its falsity or reckless disregard for the truth, gave publicity to, through her public Twitter-account, information placing the Plaintiffs in a false light.

47.     The false light in which Plaintiffs were placed would be highly offensive to a reasonable person in the Plaintiffs' position.

48.     Further, Williams had knowledge of or acted in reckless disregard as to the falsity of the publicized matter and the false light in which Plaintiffs would be placed.

49.     As a result of Williams' false light invasion of Plaintiffs' privacy, Plaintiffs suffered damages to be proven at trial.

50.     Williams acted with malice and with evil hand and mind and Plaintiffs are entitled to punitive damages.

## COUNT FOUR
### (Injurious Falsehood/Slander of Title)

51.     Plaintiffs hereby incorporate all preceding paragraphs as if fully set forth herein.

52.     Williams, with knowledge of their falsity or reckless disregard for the truth, published calculated false statements derogatory of Plaintiffs' which prevented others from transacting business with Moses and with Buchanon Worldwide.

53.     As a result of Williams' slanderous statements, Plaintiffs suffered damages to be proven at trial.

54.     Williams acted with malice and with evil hand and mind and Plaintiffs are entitled to punitive damages.

DEGNAN LAW GROUP
4105 N. 20TH STREET, SUITE 220
PHOENIX, ARIZONA 85016

8

DEGNAN LAW GROUP
4105 N. 20TH STREET, SUITE 220
PHOENIX, ARIZONA 85016

## COUNT FIVE
### (Intentional Inflection of Emotional Distress)

55.     Plaintiffs hereby incorporate all preceding paragraphs as if fully set forth herein.

56.     Williams' campaign of harassment against Moses—broadcasting defamatory statements to hundreds of thousands of Twitter users—is "extreme" and "outrageous" conduct.

57.     Williams intended to cause emotional distress to Moses and/or recklessly disregarded the near certainty that such distress would result from her conduct.

58.     Moses suffered severe emotional distress as a result of Williams' conduct.

59.     As a result of Williams' intentional infliction of emotional distress, Moses has suffered damages to be proven at trial.

60.     Williams acted with malice and with evil hand and mind and Moses is entitled to punitive damages.

WHEREFORE, Plaintiffs pray for the following relief:

A.      For Judgment against Defendants for Plaintiffs' damages including but not limited to actual damages, presumed damages, consequential damages to Plaintiffs' business and reputation, disgorgement of Defendant's wrongful monetary gains, damages for Moses' emotional

distress and suffering, and attorney's fees incurred;

B.       For Punitive Damages against Defendants;

C.       For reasonable attorney's fees and costs pursuant to A.R.S. §§ 12-341, 12-341.01, 29-858(B);

D.       For any other relief that the court deems just and proper.

**RESPECTFULLY SUBMITTED** this 20th day of November, 2020.

**DEGNAN LAW GROUP**

/S/ *Mark Horne*
David Degnan, Esq.
Mark Horne, Esq.
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2020, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

Corey D. Silverstein
Silverstein Legal
301550 Telegraph Rd., Suite 444
Bingham Farms, MI 48025
Corey@silversteinlegal.com

Lawrence G. Walters
Walters Law Group
195 W. Pine Ave.
Longwood, FL 32750
larry@firstamendment.com

Kevin S. Toll
The Toll Law Firm, PLC
29580 Northwestern Highway, Suite 100
Southfield, MI 48034
kevin@ktolllaw.com

*Attorneys for Defendant Alyssa Nicole Williams*

/s/ *Kellen Quinn*